IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| SEPRACOR, INC., | ) | Removed from the Circuit Court of Cook |
| and JOHN DOES 1-10, | ) | County, Illinois, County Department, |
| | ) | Chancery Division, |
| Defendants. | ) | No. 10 CH 3610 |

## NOTICE OF FILING

To: Daniel A. Edelman
Michelle R. Teggelaar
Julie A. Clark
Heather A. Kolbus
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

      PLEASE TAKE NOTICE that on March 10, 2010, we filed with the Clerk of the United States District Court for the Northern District of Illinois a **Notice of Removal**, a copy of which is attached and hereby served upon you.

Dated: March 10, 2010                           Respectfully submitted,

                                                                     /s/ Anand C. Mathew
                                                                       One of the Attorneys for Defendant,
                                                                       Sepracor Inc.

Ian H. Fisher (fisher@sw.com)
Anand C. Mathew (Mathew@sw.com)
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300

199904_1

## CERTIFICATE OF SERVICE

I, Anand C. Mathew, an attorney, state that I caused a copy of the foregoing **Notice of Filing and Notice of Removal** to be served by first class U.S. Mail, postage pre-paid this 10th day of March, 2010, on the following individuals:

Daniel A. Edelman
Michelle R. Teggelaar
Julie A. Clark
Heather A. Kolbus
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

/s/ Anand C. Mathew
Anand C. Mathew